JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant Robertson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSE ROBERTON,<br><br>　　　　　Defendant. | Case No.: 23-139 JD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>Judge: Hon. James Donato |

IT IS HEREBY STIPULATED by the parties to this action that the status conference currently set for December 11, 2023, be continued to January 29, 2024. Mr. Robertson lives in Oregon and defense counsel is still reviewing discovery, hence this request.

IT IS SO STIPULATED.

DATED: December 4, 2023　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KARTHIK RAJU
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

DATED: December 4, 2023　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SOPHIA COOPER
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## __ORDER__

IT IS HEREBY ORDERED that the status conference currently set for December 11, 2023, be vacated and reset for January 29, 2024.  Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from December 11, 2023 through January 29, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from December 11, 2023 through January 29, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 11, 2023 through January 29, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: December 6, 2023          _____
                                HON. JAMES DONATO
                                UNITED STATES DISTRICT JUDGE