JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant Robertson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>JESSE ROBERTON,<br><br>  Defendant. | 23-139 JD<br><br>STIPULATION TO CONTINUE SENTENCING FROM OCTOBER 7, 2024, TO OCTOBER 28, 2024<br><br>Judge: Hon. James Donato |
|---|---|

   IT IS HEREBY STIPULATED by the parties to this action that the sentencing hearing currently set for October 7, 2024, be continued three weeks to October 28, 2024. Due to scheduling difficulties, an additional three-weeks is requested so that Mr. Robertson can be interviewed by Probation for the PSR. All parties stipulate to this request.

   The defense affirms it has obtained approval form the Government and Probation to file this stipulation and proposed order.

   IT IS SO STIPULATED.

DATED: August 19, 2024                                                      /S/
                                                                   _____
                                                                   KARTHIK RAJU
                                                                   Assistant Federal Public Defender

Stipulation to Continue Sentencing
Robertson, 23-139 JD

DATED: August 19, 2024                              /S/
                                            _____
                                            ROLAND CHANG
                                            Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the sentencing conference currently set for October 7, 2024, be vacated and reset for October 28, 2024.

IT IS SO ORDERED.

DATED: August 22, 2024              _____
                                            HON. JAMES DONATO
                                            UNITED STATES DISTRICT JUDGE